IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11/23/2022
JEFFREY P. COLWELL, CLERK

Civil Action No. _____
(To be supplied by the court)

_____ TaNia S. CHAPMAN _____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
___ Yes ___ No

_____ Amazon _____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

TaNia S. CHAPMAN    4164 Austin Bluffs Pkwy #320 Colorado Springs, CO 80918
(Name and complete mailing address)

719 201-7859
s.tania.chapman@outlook.com
(Telephone number and e-mail address)

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Amazon   **4222 Interagation Loop, Colorado Springs, CO 80911**
(Name and complete mailing address)

888-892-7180
(Telephone number and e-mail address if known)

Defendant 2:    Amazon    410 Terry Ave, North Seattle WA, 98109
(Name and complete mailing address)

(206)448-2939/(206)266-1000
(Telephone number and e-mail address if known)

Defendant 3:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C.    JURISDICTION**
*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

2

___ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

___ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim,*

3

*including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Breach of Contract and Wrongful Termination

Supporting facts: on August 8, 2021 I injured my right knee on the stairs at work, as employees were not allowed to use the elevators. I was given the runaround for 30 days until a proper workman's compensation claim was filed. On or around the 3rd of November I was denied a transfer to a position that I was offered. The reason was due to an HR error in which I was being charged unpaid time off on my days off, a situation that I had spent over 2 weeks and 15 personal hours on the phone with HR trying to resolve. In a separate instance night manager for HR Oz De-Guzman approached myself and a co-worker in a breakroom. He berated, talked down to, and raised his voice at us. He did this at the direction of two other employees, Rocky Cobo-Flores and Savannah Navarro-Savnavar, who have/had a racial issue with me as well as my co-worker. I filed an ethics complaint. Which was ignored by HR. I was also targeted by other management because I provided information to an employee who was the subject of a discriminatory promotion interview. Two managers involved in the process lied about the contents of the interview thus denying the employee the promotion. In January my work comp claim was closed and reopened, shortly thereafter I ask a question of Nick Vigil about a company policy regarding promotions. Nick was insulted and my disability accommodation was revoked. I was sent home without pay. I was told by HR that I had to put in for a leave of absence. I did so and applied for short term disability which has been in pending status for 12 weeks. Wrongful termination on July 28th for job abandonment. I was placed on leave by Amazon and my doctor appointments denied by Sedgwick so I could not get care and release to return to work.

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I feel that I am due payment for my financial losses, credit damages, work related injury, unpaid medical care, pain, and suffering. Court cost and attorney's fees $4,000,000.00.

Lost Wages = $35,000
Unpaid Short-Term Disability = $27,000
Pain and Suffering = $500,000
Punitive Damages = $2,406,600
Attorney Fees = $1,031,400

4

## F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11·21·22
_____
(Date)

(Revised February 2022)

5