IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03061-LTB

TANIA S. CHAPMAN,

    Plaintiff,

v.

AMAZON,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 25, 2023, it is hereby

ORDERED that Judgment is entered in favor of the Defendant and against Plaintiff.

DATED at Denver, Colorado, this 25 day of May, 2023.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Dunbar
            Deputy Clerk